UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20425-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**WILLIE ROBERT FOSTER, JR.**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Magistrate Judge Melissa Damian's Sealed *Ex Parte* Report and Recommendations on Counsel's Sealed Motion for Approval of CJA Funds [ECF No. 38], entered March 10, 2023. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 38]** is **AFFIRMED AND ADOPTED**, and the Defendant's Motion **[ECF No. 32]** is **GRANTED** in part. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 17th day of March, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record